UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
EAU CLAIRE DIVISION

In re:                                                                                  Chapter 13
RICHARD KRUCHTEN                                                   Case No. 18-10318-BHL
and MARIAN KRUCHTEN,
    Debtors.

STIPULATION ON MOTION FOR RELIEF FROM AUTOMATIC STAY AND
ABANDONMENT OF FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE
MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE
UNITED STATES OF AMERICA
RE: PROPERTY LOCATED AT:
E8032 1325th Avenue, Ridgeland, Wisconsin 54763

    Whereas, Debtors having filed an objection to the Motion for Relief from Automatic Stay and Abandonment of Federal National Mortgage Association ("Fannie Mae"), a corporation organized and existing under the laws of the United States of America ("Movant"); and,

    Whereas, the parties having arrived at an agreement resolving the post-petition default set forth in the Motion;

    Now, Therefore, It Is Hereby Stipulated and Agreed as follows:

**TERMS:**

    1.    That Movant may file a supplemental claim in the amount of $2,389.60 for the post-petition arrears; consisting of post-petition payments which came due June 1, 2018, through August 1, 2018, at $589.88, each; minus suspense funds of $411.04; plus $850.00 for

Drafted by:

    O'Dess and Associates, S.C.
    1414 Underwood Avenue, Suite 403
    Wauwatosa, Wisconsin 53213
    (414) 727-1591
    (414) 727-1590 fax

1

attorneys' fees and $181.00 for the Motion for Relief filing fee. The Standing Trustee is authorized and directed to pay from funds of the estate a supplemental claim filed pursuant to an Order on this Stipulation.

2. That commencing with the September 1, 2018 payment, Debtors shall resume making regular post-petition mortgage payments directly to Movant when due. Until further notice, the monthly payment is $589.88 and monthly payments shall be sent exclusively to: Seterus Inc., P.O. Box 54420, Los Angeles, CA 90017.

3. That Movant is granted a doomsday provision on all heretofore tendered payments and on all payments from September 1, 2018, through February 1, 2019. That, if any previously tendered payments return insufficient funds or if Debtors for any reason fail to timely make any payment due beginning September 1, 2018 through February 1, 2019, upon the filing of a statement of default with notice to Debtors and counsel for Debtors, Movant shall be entitled to submit an order granting the relief requested in the original motion, including relief from automatic stay and abandonment.

4. Thereafter, in the event Debtors fail to timely make any payments to Movant or breaches any of the remaining terms and conditions of the note and mortgage, Movant may renew its Motion for Relief from the Automatic Stay and Abandonment for the remainder of this case by letter request to the Court and without the need to pay an additional filing fee.

Drafted by:

O'Dess and Associates, S.C.
1414 Underwood Avenue, Suite 403
Wauwatosa, Wisconsin 53213
(414) 727-1591
(414) 727-1590 fax

Dated this 23rd day of August, 2018.

O'DESS AND ASSOCIATES, S.C.
Attorneys for Movant

By:   D. Alexander Martin
      State Bar ID No. 1046591

Dated this 22nd day of August, 2018.

PILETICH & SKOKAN, P.A.
Attorneys for Debtors

By:   Urosh Piletich
      State Bar ID No. MN 027849X

KRUCHTEN 18-10318-BHL

3